IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY E. SCHALSKI, II                                                        PLAINTIFF

v.                          Civil No. 06-2047

WHIRLPOOL CORPORATION                                                        DEFENDANT

### ORDER

Plaintiff's complaint was filed in this case on April 27, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Ricky E. Schalski, II, complete and sign the attached addendum to his complaint, and return the same to the court **by June 5, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by June 5, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 8th day of May 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY E. SCHALSKI, II                                                                                  PLAINTIFF

v.                             Civil No. 06-2047

WHIRLPOOL CORPORATION                                                                    DEFENDANT

### ADDENDUM TO COMPLAINT

TO: RICKY E. SCHALSKI, II

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by June 5, 2006**. Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege you were wrongfully terminated for missing work in May of 2005. You indicate you were off work to care for a family business and to see to the day to day repair of your home that had been damaged by fire.

1. Provide the dates of your employment at Whirlpool Corporation.

Answer:

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

    2.  Please provide the date of your termination from Whirlpool Corporation.

Answer:

_____

_____

_____

_____

    3.  You state you believe you were discriminated against. However, you have not stated whether the discrimination was based on age, disability, race, color, sex, religion, national origin or how you believe you were discriminated against. Please describe in detail how you believe Whirlpool Corporation discriminated against you.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      4. Did you, or anyone acting on your behalf, file a charge of discrimination with the Equal Employment Opportunity Commission (EEOC)?

      Answer:  Yes _____  No _____.

      If you answered yes, please attach a copy of the charge of discrimination and of your notice of right to sue letter.

_____

_____

_____

_____

_____

      If you answered no, please explain in detail why you did not file a charge of discrimination with the EEOC.  In doing so, please explain why you did not file a charge after the Union failed to get your job back for you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    5.  The reason you were terminated was for missing work

    Agree_____ Disagree _____.

    If you disagree, explain.

_____

_____

_____

_____

_____

_____

    6.  You did not have approved leave for the time you missed work.

    Agree _____ Disagree _____.

    If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
RICKY E. SCHALSKI, II

_____
DATE

**AO72A**
**(Rev. 8/82)**