IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


RICKY E. SCHALSKI, II                                        PLAINTIFF

v.                          Civil No. 06-2047

WHIRLPOOL CORPORATION                                        DEFENDANT

<u>O R D E R</u>

Now on this 7th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's claims are hereby **dismissed.**

**IT IS SO ORDERED.**


                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**